AO 240A

# UNITED STATES DISTRICT COURT
_____District of New Jersey_____

**EXAMPLAIRE EXANTUS,**

              Plaintiff,

   V.

**RACQUETS CLUB OF SHORT HILLS**

             Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 09-6428 (WJM)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

[X] GRANTED and

[X] The clerk is directed to file the complaint, and

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

__ DENIED, for the following reasons:

_____
_____
_____

On this 26th day of January, 2010

*/s/ William J. Martini*
WILLIAM J. MARTINI, U.S.D.J.